

**NUMBER 13-11-00215-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

L. M. HEBERT III,                                                                                    **Appellant,**

**v.**

MARTIN R. HEBERT III,                                                                            **Appellee.**

### On appeal from the 60th District Court
### of Jefferson County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

This case is before the Court on a "Joint Motion to Remand in Aid of Settlement." The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to remand this case to the trial court for rendition of a judgment in accordance with the agreement of the parties.

The joint motion to remand in aid of settlement is GRANTED. Accordingly, we SET ASIDE the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
30th day of August, 2012.